# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MAEKELE GHEBRETNSAE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-1616-MHH-GMB |
| ) | |
| KEVIN K. MCALEENAN, Secretary ) | |
| of Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On October 3, 2018, Mr. Ghebretnsae filed a petition for writ of habeas corpus, seeking release from custody pending his removal to Eritrea. (Doc. 1). Because Mr. Ghebretnsae has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, per the magistrate judge's report and recommendation (Doc. 15), the Court will dismiss this matter as moot. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

**DONE** this 18th day of July, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE